■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD McKNIGHT, Appellant.— Judgment unanimously affirmed. Same memorandum as in *People* v. *Freeland* (45 A D 2d 814). (Appeal from judgment of Erie Supreme Court convicting defendant of murder and attempted murder.) Present — Witmer, J. P., Moule, Cardamone, Mahoney and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH S. PETA, Appellant.— Appeal unanimously dismissed without costs upon stipulation. (Appeal from judgment and order of Onondaga Special Term in action for permanent injunction against landfill.) Present — Marsh, P. J., Moule, Mahoney, Goldman and Del Vecchio, JJ.